**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IRENE S. JOHNSON, et al.,

    Plaintiffs,

v.                                    Case No. 3:04-cv-522-J-25HTS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____

**O R D E R**

This cause is before the Court on the Motion to Compel Answers to Deposition Questions and for Production of Documents (Doc. #42; Motion), filed on May 2, 2005. The Motion is opposed. Plaintiffs' Opposition to Defendant's Motion to Compel Answers to Deposition Questions and for Production of Documents (Doc. #51; Opposition), filed on May 13, 2005.

The Motion requests that the Court compel Plaintiffs "to produce medical records previously sought to be subpoenaed and to answer questions propounded in a deposition[.]" Motion at 1. In the Opposition, Plaintiffs assert "[t]he Court's Order [(Doc. #48; Order)] of May 10, 2005, granted Plaintiffs' motion for protective order" and "addresse[d] the very issues Defendant . . . re-argue[s] in the instant motion." Opposition at 4.

In that order the Court, among other things, concluded Plaintiffs' emotional distress claims were "merely garden-

variety[,]" Order at 6, and advised Plaintiffs of resulting limitations on their claims for damages. *Id.* Subpoenas served by Defendant were also quashed. *Id.* at 9. In view of the deposition excerpts, attached to the Motion as Exhibits A and B, it appears further clarification is needed from Plaintiffs about the damages they may attempt to prove at trial. Additionally, the question arises whether the Motion, in whole or in part, remains viable and if so what effect, if any, the Order has on the issues raised therein.

Accordingly, it is hereby

**ORDERED:**

A hearing regarding the Motion will be conducted before the undersigned on Wednesday, May 25, 2005, at 10:30 a.m. The parties should be prepared to address the matters set forth herein. Of course, if the parties notify the Court prior to that time that the Motion has been successfully resolved, the hearing will be cancelled.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of May, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any