**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IRENE S. JOHNSON, et al.,

    Plaintiffs,

v.                                                                 Case No. 3:04-cv-522-J-25HTS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____

**O R D E R**

This cause came on for a hearing on May 25, 2005.  *See* Order (Doc. #54).  Based on Plaintiffs' representations, it is apparent that damages transcending merely garden-variety emotional distress, *see* Order (Doc. #48) at 2-7, are sought for three of the six Plaintiffs in this case.

In light of the discussion at the hearing it is hereby

**ORDERED:**

1.  Counsel for Plaintiffs is to provide Defendant with a list of the three individuals seeking damages for more than garden-variety emotional distress within five (5) days of the date of this Order and, as to them, all counsel have recognized the psychotherapist-patient privilege is waived.

2.  The Motion to Compel Answers to Deposition Questions and for Production of Documents (Doc. #42; Motion to Compel), is **GRANTED** to the extent that medical records are to be produced, *see*

Protective Order (Doc. #62), and deposition questions shall be answered, with respect to the three Plaintiffs who seek more than garden-variety emotional distress damages. Otherwise, the Motion to Compel is **DENIED**.

    3.   Plaintiffs' Motion to Seal Defendant's Motion to Compel Deposition Questions and for Production of Documents (Doc. #47) is **DENIED**.

    4.   The Motion for Rehearing Concerning Order on Plaintiffs' Motion to Quash and/or for Protective Order (Document 48) or, Alternatively, Motion to Limit Compensatory Damages (Doc. #56) is **DENIED.**

    5.   Plaintiffs' Renewed Motion to Conduct More Than Ten Depositions (Doc. #60) is **GRANTED**. However, the deposition of James Crosby shall be limited to two (2) hours in length and is to be conducted at a time and location convenient to counsel and Mr. Crosby.

    **DONE AND ORDERED** at Jacksonville, Florida this 25th day of May, 2005.

                                  /s/       Howard T. Snyder
                                HOWARD T. SNYDER
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any