**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IRENE S. JOHNSON, et al.,

    Plaintiffs,

v.                                Case No. 3:04-cv-522-J-25HTS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____

**O R D E R**

This cause is before the Court on the Motion to Compel (Doc. #70; Motion), filed on July 13, 2005.[1] On July 27, 2005, Defendant filed a Notice to Court (Doc. #75; Notice) relating to the Motion. Neither Plaintiff Pat Sprow nor Louise Axelberg have filed a response, and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

In the Motion, Defendant seeks an order compelling Louise Axelberg to provide mental health records that were sought pursuant to a subpoena. Motion at 1. It is represented Plaintiff has no objection to the production of the documents at issue. *Id.* at 3. However, Ms. Axelberg, in spite of having "received a valid Subpoena for production of mental health records" had "refused to comply[.]" *Id.* at 1. According to the subsequently filed Notice,

---

[1] A Motion for Contempt (Doc. #72) has been docketed separately.

Defendant "received by facsimile on July 22, 2005, from the office of opposing counsel, copies of what purport to be the mental health records of Plaintiff Patricia Sprow from Louise A. Axelberg, MSW, which were the subject of [the] Motion[.]" Notice at 1.

"Defendant does not concede" the Motion is moot, *id.* apparently because the records were received through Ms. Sprow's counsel rather than directly from Ms. Axelberg. *See id.* In addition, a release from the patient was obtained by the counselor before the records were provided. *Id.; see also id.* Exhibit "A". Notwithstanding Defendant's dissatisfaction with Ms. Axelberg's methods, she has now provided the documents at issue through her client's attorney. *See also id.* Exhibit "B". There is no suggestion that the materials received by Defendant are incomplete. As such, there is no need for the Court to compel production and the Motion (Doc. #70) is rendered **MOOT.**

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of August, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     *pro se* parties, if any
Louise Axelberg

- 2 -