UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


IRENE S. JOHNSON, et al.,

      Plaintiffs,

v.                              Case No. 3:04-cv-522-J-25HTS

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Defendant.

_____

**O R D E R**

    This cause came on for a hearing on August 29, 2005.  *See* Order (Doc. #101) at 2; Notice of Conference of Parties (Doc. #105) at 1-2.  For the reasons stated at the hearing, it is

    **ORDERED**:

    1.    The Motion to Compel (Doc. #86) is **DENIED**.

    2.    The Motion to Extend Discovery (Doc. #99) is **DENIED**.

    3.    Plaintiff Theresa Wilds' Motion for Protective Order (Doc. #100) is **GRANTED.**

    **DONE AND ORDERED** at Jacksonville, Florida this 30th day of August, 2005.

                        /s/       Howard T. Snyder
                        HOWARD T. SNYDER
                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any