**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


IRENE S. JOHNSON, et al.,

      Plaintiffs,

v.                                Case No. 3:04-cv-522-J-25HTS

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Defendant.
_____

**O R D E R**

    This cause is before the Court on the Joint Motion for Entry of a Confidentiality Order (Doc. #219; Motion), filed on March 9, 2006.   A proposed Agreed Confidentiality Order on Medical and Mental Health Information of Non-Party Correctional Officers or Other Persons (Proposed Confidentiality Order) is attached thereto as Exhibit 1.

    The Motion contains no showing of good cause, as required pursuant to Rule 26(c), Federal Rules of Civil Procedure. Furthermore, the Order (Doc. #176; Order), referred to in the Proposed Confidentiality Order, instructed Plaintiffs to "sign a confidentiality *agreement* stating that the [discovery at issue]

will be used only in the context of the instant litigation." Order

at 2 (emphasis added).   Court involvement was not contemplated

therein.

In light of the foregoing, the Motion (Doc. #219) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of

March, 2006.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     *pro se* parties, if any